IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JAMES BUFFORD,                              07-CV-952-ST

           Petitioner,                   ORDER

v.

JEAN HILL,

           Respondent.


**STEVEN T. WAX**
Federal Public Defender
**ANTHONY D. BORNSTEIN**
Assistant Federal Public Defender
101 S.W. Main Street
Suite 1700
Portland, OR 97204
(503) 326-2123

        Attorneys for Petitioner


1- ORDER

**JOHN KROGER**
Attorney General
**JONATHAN W. DIEHL**
Assistant Attorney General
1162 Court Street, N.E.
Salem, OR 97301-4096
(503) 947-4700

Attorneys for Respondent

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#37) on May 5, 2009, in which she recommends the Court deny Petitioner James Bufford's Petition for Writ of Habeas Corpus (#2) and dismiss this matter with prejudice.  Petitioner filed timely Objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

In his Objections, Petitioner reiterates the arguments he made in support of his Petition for Writ of Habeas Corpus.  This Court has carefully considered Petitioner's Objections and concludes the Magistrate Judge thoroughly addressed Petitioner's arguments in her Findings and Recommendation.  The Court,

2- ORDER

therefore, concludes Petitioner's Objections do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#37).  Accordingly, the Court **DENIES** the Petition for Write of Habeas Corpus (#2) and **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 1st day of July, 2009.


/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge


3- ORDER